UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANTIAGO MANUEL A., individually
and on behalf of SA

      Plaintiff,

v.

      Case No: 2:13-cv-781-FtM-29CM

DALE JAMISON, BRIAN BOTTS,
EDISON STATE COLLEGE and
SCHOOL BOARD OF LEE
COUNTY,

      Defendants.

## ORDER

Before the Court upon review of Plaintiff's Motion to Withdraw (Doc. 188) filed on September 11, 2015. Upon conferring with counsel regarding discovery issues raised by Plaintiff, Plaintiff seeks to withdraw his Motion for Sanctions Against Defendants' Counsel for Discovery Violations and for Violations of the Rules of Professional Conduct (Doc. 177) and his Motion for Leave to Present "Evidences" in Court to Support Plaintiff's Motion for Sanctions (Doc. 187). Doc. 188. Defendants have no objection to the requested relief.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Motion to Withdraw (Doc. 188) is **GRANTED**.

2. Plaintiff's Motion for Sanctions Against Defendants' Counsel for Discovery Violations and for Violations of the Rules of Professional Conduct (Doc. 177) is **DENIED as moot.**

3. Plaintiff Motion for Leave to Present "Evidences" in Court to Support Plaintiff's Motion for Sanctions Against Defendants' Counsel for Discovery Violations and for Violations of the Rules of Professional Conduct (Doc. 187) is **DENIED as moot.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 14th day of September, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record